O 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of                                                     )<br>                                                                                                     )<br>The storage unit located at 4111 Siskin Avenue, unit   )   Case No. 20-sw-553-MEH<br>1069, Highlands Ranch, CO 80126 more fully described )<br>in ATTACHMENT C, attached hereto                           )<br>                                                                                                     )<br>                                                                                                     )<br>                                                                                                     ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  State and  District of  Colorado  *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT C"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT D"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  May 18, 2020  *(not to exceed 14 days)*

☒ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  Michael E. Hegarty  .
                                                                                                                                                     *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for ____ days *(not to exceed 30)*.     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 05/04/2020, 11:51 am                    *Michael E. Hegarty*
                                                                                                            *Judge's signature*

City and state:   Denver, CO                           Hon. Michael E. Hegarty, U.S. Magistrate Judge
                                                                                                          *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 20-sw-553-meH | Date and time warrant executed: 5/6/2020 - 10:00 AM | Copy of warrant and inventory left with: Public Storage |
| Inventory made in the presence of : |||

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED INVENTORY OF EVIDENCE FORMS:

IE# 20-0235-14674

IE# 20-0235-93002

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:02 pm, Jan 28, 2021
**JEFFREY P. COLWELL, CLERK**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/7/2020

s/ot Chuft
_____
Executing officer's signature

s/ot Christopher Brown
_____
Printed name and title



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:** 20 - 0235 - 14674

# INVENTORY OF EVIDENCE

**CASE NUMBER:** 20 - DEC - 715 - 0235
**INVENTORY DATE:** 05/07/2020
**DATE RECEIVED:** 05/06/2020

**CASE TITLE:** Trim Contour
**INVENTORIED BY:** SA Temple Lee
**SOURCE:** Executed Search Warrant on 05/06/20 at Public Storage unit 1069 located at 4111 Siskin Ave Highlands Ranch, CO

| ITEM # | QTY | DESCRIPTION OF EVIDENCE | | |
|---|---|---|---|---|
| 1 | 4 | Large Trileana Hair, Skin, Nail Vitamin labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 2 | 4 | Medium Trileana sublingual labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 3 | 3 | Small Trileana HCG Labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 4 | 1 | Small BeLeanMD HCG labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 5 | 4 | Large Trim Contour Hair, Skin, Nail Vitamin labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 6 | 6 | 3 Medium Trim Contour sublingual labels and 3 Medium Trileana sublingual labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 7 | 1 | Small Trim Contour HCG label | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 8 | 1 | Shipping label removed from an Amazon box that contained labels | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |
| 9 | 90 | Trileana boxes containing approximately 900 bottles labeled Trileana containing liquid sublingual | | |
|   |   | BOX:   ROOM:   FIXTURE: Unit 1069 | | LOCATING AGENT: SA Gann |

\_\_ Evidence
\_\_ Custodian
\_\_ Case File
\_\_ Agent Copy

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF EVIDENCE

**CASE NUMBER:** 20 - DEC - 715 - 0235          **SERIAL NO:** 20 - 0235 - 14674

| ITEM # | QTY | DESCRIPTION OF EVIDENCE | | | |
|---|---|---|---|---|---|
| 10 | 91 | Unlabeled boxes containing 910 Trim Contour liquid sublingual | | | |
|  |  | **BOX:** | **ROOM:** | **FIXTURE:** Unit 1069 | **LOCATING AGENT:** SA Gann |
| 11 | 1 | Shipping label from Medisca Inc. to Deirdre Stephens | | | |
|  |  | **BOX:** | **ROOM:** | **FIXTURE:** Unit 1069 | **LOCATING AGENT:** SA Gann |
| 12 | 1 | 1 box containing numerous 1 milliliter droppers | | | |
|  |  | **BOX:** | **ROOM:** | **FIXTURE:** Unit 1069 | **LOCATING AGENT:** SA Gann |
| 13 | 1 | Shipping label addressed to Sherri Shegeft at Trileana from Mia FreyerParamark Corp. | | | |
|  |  | **BOX:** | **ROOM:** | **FIXTURE:** Unit 1069 | **LOCATING AGENT:** SA Gann |
| 14 | 1 | Topi-Click metered dose dispenser | | | |
|  |  | **BOX:** | **ROOM:** | **FIXTURE:** Unit 1069 | **LOCATING AGENT:** SA Gann |

Last Line Item. Evidence bags and boxes initialed TL and dated 5/7/20.

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| 1-14 | 5-8-20 | TURNED OVER TO SA TEMPLE LEE | | *[signature]* |
| 1-14 | 5-8-20 | RECIEVED FROM SA GANN | | *[signature]* |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

**SERIAL NO:** 20 - 0235 - 93002

# INVENTORY OF EVIDENCE

| | | | |
|---|---|---|---|
| **CASE NUMBER:** 20 - DEC - 715 - 0235 | | **CASE TITLE:** | Trim Contour |
| **INVENTORY DATE:** 05/07/2020 | | **INVENTORIED BY:** | SA Gann |
| **DATE RECEIVED:** 05/06/2020 | | **SOURCE:** | Items obtained from a SW executed on 5/6/2020 at the Public Storage unit 1069 located at 4111 Siskin Ave, Highlands Ranch, CO. |

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 5 | 5 bottles (unknown liquid) labeled Trim Contour, "All Natural Proprietary Ingredients", Developed and Manufactured For Global Weight Loss Solutions, www.trimcontour.com. |
| 2 | 7 | 7 bottles (unknown liquid) labeled Trileana, "All Natural Ingredients", www.trileana.com |

Last Line Item. Items sealed in plastic bag, initialed EG, dated 5/7/20.

## CHAIN OF CUSTODY

| ITEM #(s) | DATE | ACTION | TRACKING | SIGNATURE |
|---|---|---|---|---|
| 1-2 | 5/7/20 | Submit FCC for Analysis | 1228459V01 9157 3295 | [signature] |
| | | | | |

_ Evidence
_ Custodian
_ Case File
_ Agent Copy

OCI Form 4200